UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN THIEDE,

    Plaintiff,                                                 Hon. Robert H. Cleland

vs.                                                          Case No.: 16-13650

MAYOR LEROY BURCOFF, in his
Individual and official capacity, JADIE
SETTLES, in his individual and official capacity,
JULIE WOJTYLKO, in her individual and official
Capacity, and the CITY OF ROMULUS, a Michigan
Municipal Corporation,

    Defendants.

___

| JOEL B. SKLAR (P38338) | JAMES E. TAMM (P38154) |
|---|---|
| Law Offices of Joel B. Sklar | O'Connor, DeGrazia, Tamm & |
| Attorney for Plaintiff | O'Connor, PC |
| 500 Griswold, Ste. 2450 | Attorney for Defendants |
| Detroit, MI 48226 | 40701 Woodward Avenue, Ste. 105 |
| (313) 963-4529/(313) 963-9310 Fax | Bloomfield Hills, MI 48304 |
| joel@joelbsklarlaw.com | (248) 433-2000/(248) 433-2001 Fax |
| | jetamm@odtlegal.com |
| | |
| | AUDREY J. FORBUSH (P41744) |
| | Plunkett Cooney |
| | Attorney for Defendant Settles |
| | Plaza One Financial Center |
| | 111 E. Court Street, Suite 1B |
| | Flint, MI 48502 |
| | (810) 342-7014 |
| | (810) 232-3159 |
| | aforbush@plunkettcooney.com |

___

# ORDER REGARDING DISCLOSURE OF INFORMATION REQUESTED IN DISCOVERY

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS ORDERED that because discovery in this action will likely involve requests for information which is private and confidential to a party or witness, the disclosure of information requested in discovery shall be limited in the following manner pursuant to Fed. R. Civ. P. 26(c):

1. The parties will treat all information requested in discovery as private and confidential and will only use said information in connection with this action, and for no other purpose.

2. Information requested in discovery will not, without leave of the court, be disclosed or the content communicated in any way to anyone other than: (1) this Court and its officers, (2) the parties to this action, (3) witnesses, and (4) counsel for the parties in this action and their paralegal and clerical assistants.

3. This Protective Order does not prevent information requested in discovery from being used at trial, case evaluation, facilitation and/or during depositions, with appropriate safeguards.

4. Any party to this action may request, and the opposing party may agree, that the provisions of this Protective Order be waived for any particular document

or other information requested in discovery.  Any such waiver must be in writing, must be signed by counsel, and must be limited to the particular materials specifically identified in such written waiver.

      5.      This Protective Order, insofar as it restricts the disclosure and use of a document and/or materials, continues to be binding throughout and after the conclusion of this action, including all appeals. At the conclusion of this action, including all appeals, all documents and/or information disclosed to another party to this litigation in discovery, including copies, must promptly be returned to counsel for the party producing it, or destroyed.

      6.      Nothing in the stipulated protective order will prejudice any party from seeking amendments hereto broadening or restricting the rights of access to and/or use of confidential documents or other modifications thereof.

      7.      This Protective Order is intended solely to protect the confidentiality of the information in this action, and to facilitate trial preparation, and must not be construed in any way as an admission or agreement by any party that the designated disclosure actually constitutes, or contains any privileged, confidential, or proprietary information under applicable law.

8. This Protective Order will become effective on its execution by the undersigned counsel for the parties on the date that the court enters the Protective Order.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 8, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522